NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**3D SYSTEMS, INC.,**
*Plaintiff-Appellee,*

v.

**ENVISIONTEC, INC., ENVISIONTEC GMBH, AND SIBCO, INC.,**
*Defendants-Appellants.*

---

2012-1099

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 05-CV-74891, Senior Judge Avern Cohn.

---

ON MOTION

---

ORDER

The parties jointly move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

SEP 1 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sidney David Esq.
    Adrian M. Pruetz, Esq.

s21

Issued As A Mandate: ___SEP 1 0 2012___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK